

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2015

No. 04-14-00521-CV

**MEDINA INTERESTS, LTD**,
Appellants

v.

William Paul **TRIAL**, et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00098-CVK
Honorable Stella Saxon, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on December 19, 2014. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to January 19, 2015. On January 19, 2015, the appellee' filed a motion requesting an additional extension of time to file the brief until February 18, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**. The appellees' brief must be filed by February 18, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2015.

_____
Keith E. Hottle
Clerk of Court